■ In the Matter of the Claim of ABE SHABTAI, Appellant. COMMISSIONER OF LABOR, Respondent. [986 NYS2d 372]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed May 3, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.

Decision affirmed. No opinion.

Peters, P.J., Stein, Garry and Rose, JJ., concur. Ordered that the decision is affirmed, without costs.